IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAHMIR ASHLEY-BOYD,**    **Petitioner** | :  No. 1:23-CV-0485 :  : (Judge Munley) |
| v. | : |
| **GARRY HAIDLE,**    **Respondent** | : : |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Jahmir Ashley-Boyd's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** without prejudice.

2. A certificate of appealability shall not issue, as Ashley-Boyd has failed to make a substantial showing of the denial of a constitutional right, see 28 U.S.C. § 2253(c)(2), or that "jurists of reason would find it debatable" whether this Court's procedural ruling is correct, Slack v. McDaniel, 529 U.S. 473, 484 (2000).

3. The Clerk of Court is directed to CLOSE this case.

Date: 12/14/23

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court